[No. 28027-2-II.   Division Two.   August 5, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM BERKLEY WADDELL, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 01-1-00421-0, Stephen M. Warning, J., entered November 19, 2001. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Armstrong, J.

[No. 28295-0-II.   Division Two.   August 5, 2003.]

DOROTHY M. NASH, ET AL., *Appellants*, v. SISTERS OF PROVIDENCE IN WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 99-2-00185-8, Richard D. Hicks, J., entered January 24, 2002. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Bridgewater, JJ.

[Nos. 28372-7-II; 29149-5-II.   Division Two.   August 5, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. LAMONE T. BLUE, *Appellant*.

*In the Matter of the Personal Restraint of* LAMONE T. BLUE, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-04043-3, Vicki L. Hogan, J., entered January 18, 2002, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Armstrong, JJ.